No. 02–1489.  HOLLINS *v.* BARNHART, COMMISSIONER OF SO-
CIAL SECURITY.  C. A. 6th Cir.  Certiorari denied.

No. 02–1498.  B. WILLIS, C. P. A., INC. *v.* SURFACE TRANSPOR-
TATION BOARD ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 02–1501.  MILLER WASTE MILLS, INC. *v.* NATIONAL LABOR
RELATIONS BOARD ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 02–1504.  KWOK *v.* NEW YORK CITY TRANSIT AUTHORITY
ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 02–1511.  BOOKER *v.* CITY OF ST. LOUIS, MISSOURI, ET AL.
C. A. 8th Cir.  Certiorari denied.

No. 02–1513.  STEWART ET UX. *v.* UNITED STATES.  C. A. 6th
Cir.  Certiorari denied.

No. 02–1521.  AT&T CORP. *v.* TING, INDIVIDUALLY AND ON BE-
HALF OF ALL OTHERS SIMILARLY SITUATED, ET AL.  C. A. 9th
Cir.  Certiorari denied.

No. 02–1522.  BEEM ET AL. *v.* MCKUNE, WARDEN, ET AL.
C. A. 10th Cir.  Certiorari denied.

No. 02–1523.  SANFORD, GOVERNOR OF SOUTH CAROLINA,
ET AL. *v.* THOMPSON, SECRETARY OF HEALTH AND HUMAN SERV-
ICES, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–1524.  WEINSTOCK *v.* COLUMBIA UNIVERSITY.  C. A. 2d
Cir.  Certiorari denied.

No. 02–1529.  GOMEZ-CHAVEZ *v.* PERRYMAN, DISTRICT DIREC-
TOR, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT,
ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 02–1537.  LEEPER ET UX. *v.* COMMISSIONER OF INTERNAL
REVENUE.  C. A. 5th Cir.  Certiorari denied.